JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULDEEP SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>ERNESTO SANTACRUZ JR., ETC., ET AL.,<br><br>    Respondents. | No. ED CV 26-474-JFW(E)<br><br>ORDER RE VOLUNTARY DISMISSAL |

      On March 10, 2026, Petitioner filed "Petitioner's Motion to Withdraw," requesting dismissal of the action without prejudice.  The Court construes this motion as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a) permits a plaintiff or petitioner to dismiss an action voluntarily, without court order, by filing a notice of dismissal at any time before service by an adverse party of an answer or a motion for summary judgment.  See Fed. R. Civ. P. 41(a); Mosely v. Trate, 2023 WL 2480571, at *1 (E.D. Cal. March 13, 2023) (Rule 41(a) applies to federal habeas petitioners).  No adverse party has filed any answer or motion for summary judgment in this action.  Therefore, under Rule 41(a)(1), the action is deemed dismissed by operation of law.  See Commercial Space Management Co. v. Boeing, 193 F.3d 1074, 1078 (9th Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are

1  left as though no action had been brought, the defendant can't complain, and the district court
2  lacks jurisdiction to do anything about it").  This dismissal is without prejudice.  See Fed. R.
3  Civ. P. 41(a).

5  DATED: March 13, 2026.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

PRESENTED this 10th day of March, 2026, by:

_____ /S/ _____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE